Opinion issued March 28, 2013



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01-12-01053-CV

---

## JOHN COLEMAN, Appellant

## V.

## LAQUISHA MARTELLE, Appellee

---

### On Appeal from the 310th District Court
### Harris County, Texas
### Trial Court Cause No. 2005-47351

---

## MEMORANDUM OPINION

Appellant, John Coleman, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also*

TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1).  After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.